UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL DAY ) | |
| ) | Cause No: 21-cv-1452 |
| Plaintiff, ) | |
| ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| CARBONDALE PARK DISTRICT ) | |
| ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS MOTION TO STRIKE**

NOW COMES Plaintiff, Michael Day ("Plaintiff"), by and through his attorneys, Kennedy Hunt, P.C., and for his Motion for Extension of Time to Respond to Defendant Motion to Strike, states as follows:

1. Plaintiff filed his Complaint on November 18, 2021.

2. Defendants filed a Motion for an extension to file their Answer to Plaintiff's Complaint on December 13, 2021. This Motion was granted, and Defendant filed its Answer on December 28, 2021.

3. Defendant then also filed a Motion to Strike on December 27, 2021.

4. Plaintiff's response to Defendant's Motion to Strike is due January 10, 2022.

5. Due to the recent holiday season, and the recent pandemic surge caused by the Omicron variant, Plaintiff and firm staff have been off on vacation and then had to take additional sick time off from work due to illness.

6. Plaintiff needs additional time to research and respond to Defendant's Motion to Strike. An extension until February 10, 2022, within which to file a response to Defendant's Motion to Strike, would enable Plaintiff to properly evaluate and prepare his response.

7. Defendant will not be prejudiced by such an extension.

WHEREFORE, Plaintiff prays this Court extend the time within which he shall respond to the Defendant's Motion to Strike as follows: Plaintiff shall file his response on or before Thursday, February 10, 2022, and for any such other relief as this Court deems just and proper.

Respectfully submitted, by:

**KENNEDY HUNT, P.C.**

*/s/ Sarah Jane Hunt*
Thomas E. Kennedy, III, #1445960
Sarah Jane Hunt, #6316235
4500 West Pine Blvd.,
St. Louis, Missouri 63108
Telephone：(314) 872-9041
Fax: (314) 872-9043
tkennedy@kennedyhuntlaw.com
sarahjane@kennedyhuntlaw.com
**Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 4, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys of record, as follows:

D. Brian Smith, #6287431
Jonathan A. Mitchell, #6281995
FEIRICH/MAGER/GREEN/RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, Illinois 62903
Phone: 618-529-3000
Fax: 618-529-3008
bsmith@fmgr.com
jmitchell@fmgr.com
**Counsel for Defendants**

                                              */s/ Sarah Jane Hunt*_____